48

(No. 6767 ▇▇▇▇▇▇▇)

A-1 AMBULANCE SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 10, 1972.*

A-1 AMBULANCE SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

PERLIN, C.J.

▇▇▇▇▇▇

(No. 6771 ▇▇▇▇▇▇▇)

ISADORE SPINKA, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 10, 1972.*

DR. ISADORE SPINKA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

PERLIN, C.J.